ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

JAMES J. NEWMAN, Respondent, v. JOHN F. WALSH, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the November term (for which term this case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

WILLIAM HAROLD POWERS, Respondent, v. E. P. W. REALTY COMPANY, INC., Appellant.— Motion to resettle order denied, without costs. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

WILLIAM HAROLD POWERS, Respondent, v. E. P. W. REALTY COMPANY, INC., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

WILLIAM HAROLD POWERS, Respondent, v. E. P. W. REALTY COMPANY, INC., Appellant.— Stay continued for thirty days to enable defendant to apply to the Court of Appeals. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. NEW YORK TRANSIT AND TERMINAL COMPANY, LTD., and Others, Respondents. (Action No. 1.) — Motion for reargument denied. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BESSIE L. GREGG, Relator, v. ARTHUR A. WHEELER and Others, as Trustees of the Incorporated Village of Plandome, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

ABRAHAM J. RIVLIN and Others, Appellants, v. CHARLES BRYMER and Others, Respondents.— Motion for stay denied. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

MARCY ROSENBLUM, Appellant, v. ROSE LOPARD and BARBARA LOPARD, Respondents.— Motion to dismiss appeal denied on condition that within ten days appellant pay ten dollars costs of the motion, perfect the appeal for the November term (for which term this case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

LOUIS O. ROTENBACH, Respondent, v. SARAH ELIZABETH YOUNG and Others, Appellants.— Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ. Settle order on notice.

ETHEL RUBIN, an Infant, by ANNIE RUBIN, Her Guardian ad Litem, Respondent, v. HARRY PICKEL and Another, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable defendants to apply to the Court of Appeals. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

LUCIANO SAMPERI, Respondent, v. NICHOLAS COOK, Appellant.— Motions for reargument or for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable defendant to apply to the Court of Appeals. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

ANDREW J. SIMMONS, Respondent, v. THE TRAITEL MARBLE COMPANY, Appel-